

# STARBUZZ TOBACCO, INC.
## LEGAL DEPARTMENT

10871 FORBES AVE. GARDEN GROVE, CA 92843
Tel: (714) 995-4119     Fax: (714) 995-4100
Martin@Starbuzztobacco.com

March 25, 2014

**Via Certified First Class Mail**
Return Receipt Requested

Business Manager
Halo Cigs
231 West Parkway Suite 1
Pompton Plains, NJ 07444

### RE: Infringement of Starbuzz Tobacco, Inc.'s Trademarks

Dear Sir or Madam :

We represent Starbuzz Tobacco, Inc. ("Starbuzz") in connection with its ownership rights in its trademarks. Starbuzz provides a wide range of tobacco products and accessories, including pipe tobacco, smoking tobacco, molasses tobacco and flavored tobacco, electronic cigarettes, hookahs, hookah accessories, cigars and cigar accessories, and charcoal. Starbuzz also provides services in the form of retail and wholesale distributorship of tobacco, pipe tobacco, smoking tobacco, flavored tobacco, molasses tobacco, charcoal, hookahs and accessories.

Our client is the owner of more than one hundred and sixty (160) federal trademark registrations and applications in International Class 034, including, without limitation, "BLUE MIST", "CITRUS MIST", "HAWAIIAN MIST", "PEACH MIST" and "TROPICAL MIST" (Reg. No. 3,619,407, 3,695,500, 4,196,953, 4,287,968 and 4,196,957 respectively) ( "Starbuzz Marks").

We recently discovered that your company is selling, distributing and advertising for sale products bearing the names "COOL MIST" ("Infringing Marks"). The Infringing Marks are identical or substantially similar in sound, appearance, and overall commercial impression to the Starbuzz Marks. Therefore your use of the Infringing Marks is likely to cause confusion, mistake, or deception amongst consumers as to the source and/or sponsorship of the services and products you provide. Accordingly, your use of the Infringing Marks constitutes infringement of Starbuzz Marks, as well as unfair competition, in violation of the Lanham Act (15 U.S.C. § 1051, et. seq.) and the common law.

Starbuzz intends to vigorously protect its valuable rights to the fullest extent possible. When necessary, Starbuzz has pursued formal action to protect its rights and obtained favorable resolutions. Starbuzz is confident that it will achieve a similar result in any action against your company and its corporate officers for trademark infringement.

**EXHIBIT A**

Halo Cigs                                                                                         March 25, 2014
RE: Infringement of Starbuzz Tobacco, Inc.'s Trademarks

Therefore Starbuzz demands that you:

(i)  cease and desist all use of the Infringing Marks;

(ii) destroy any labels, advertising, packaging, and any other materials that have been manufactured or printed bearing the Infringing Marks.

(iii) remove all references to the Infringing Marks from all of your website(s) and advertising and promotional materials;

(iv) cease and desist from all use of the Infringing Marks and agree not to use them or any other trademark, logo, or name which is confusingly similar thereto in the future;

(v) inform all of your customers that you are not affiliated with Starbuzz, that you had no right to use the Infringing Marks, and that you will no longer be using the Infringing Marks in the future;

(vi) destroy any and all products bearing the Infringing Marks;

(vii) provide an accounting of:

   a. all of the revenue you have generated in connection with your use of the Infringing Marks;

   b. the entire inventory of any and all products bearing the Infringing Marks, labels, advertising, packaging and/or any other materials that have ever been manufactured by or for you bearing the Infringing Marks;

   c. the inventory of any and all products bearing the Infringing Marks, labels, advertising, packaging and/or other materials remaining in stock and being destroyed in accordance with this demand; and

   d. the inventory of any and all products bearing the Infringing Marks distributed by you prior to the receipt of this demand.

(viii) pay Starbuzz's monetary damages and attorney's fees for your deliberate infringement of Starbuzz's rights;

It is Starbuzz's intention to resolve this matter expeditiously and amicably. Prompt acquiescence to Starbuzz's demands, however, is a necessary prerequisite to such resolution.

Please note that all of Starbuzz's rights, remedies, legal and factual positions, above and beyond those stated herein, are expressly reserved. If you have any questions, or concerns, please feel free to call me. We look forward to your immediate response and an amicable resolution on or before **April 7, 2014**.

Very truly Yours,

STARBUZZ LEGAL DEPARTMENT

*Martin E. Jerisat*

Martin E. Jerisat

Enclosures



Civil Case Search
Thu Apr 17 14:24:26 2014
19 records found

User:   mi0727 P
Client:  COOL MIST
Search: Civil Case Search Case Title STARBUZZ TOBACCO All Courts Page: 1

| # | Case Title | Court | Case | NOS | Date Filed | Date Closed |
|---|---|---|---|---|---|---|
| 1 | Starbuzz Tobacco Inc v. Fusion Tobacco Inc et al | cacdce | 5:2009-cv-01480 | 840 | 08/05/2009 | 04/09/2010 |
| 2 | Starbuzz Tobacco Inc v. Lorillard Inc et al | cacdce | 8:2013-cv-00411 | 840 | 03/08/2013 | |
| 3 | Starbuzz Tobacco Inc v. Starzz Hookah Lounge LLC et al | cacdce | 8:2010-cv-01023 | 840 | 07/07/2010 | 09/08/2010 |
| 4 | Starbuzz Tobacco Inc v. Taqseem Inc et al | cacdce | 8:2010-cv-01016 | 840 | 07/02/2010 | 04/26/2011 |
| 5 | Starbuzz Tobacco Inc v. Thomas J Vilsack et al | cacdce | 8:2011-cv-00928 | 890 | 06/20/2011 | 08/02/2012 |
| 6 | Starbuzz Tobacco, Inc. v Ego Premium Liquids, Inc., et al | cacdce | 8:2014-cv-00269 | 840 | 02/25/2014 | |
| 7 | Starbuzz Tobacco, Inc. v. Al-Amir, Inc., et al | miedce | 2:2010-cv-11171 | 840 | 03/23/2010 | 03/03/2011 |
| 8 | Starbuzz Tobacco, Inc. v. Fantasia Distribution Inc. et al | cacdce | 8:2012-cv-01328 | 840 | 08/17/2012 | 04/08/2013 |
| 9 | Starbuzz Tobacco, Inc. v. Greenland Investments and Financials, Inc. et al | cacdce | 8:2012-cv-00944 | 840 | 06/13/2012 | 07/19/2012 |
| 10 | Starbuzz Tobacco, Inc. v. Hardbuzz Tobacco, LLC et al | cacdce | 8:2013-cv-01844 | 840 | 11/25/2013 | |
| 11 | Starbuzz Tobacco, Inc. v. Layalina Tobacco Manufacturing F.Z.C. et al | cacdce | 8:2013-cv-00144 | 840 | 01/29/2013 | |
| 12 | Starbuzz Tobacco, Inc. v. OOZY VAPORS D/B/A OOZYVAPORS.COM et al | cacdce | 8:2014-cv-00590 | 840 | 04/16/2014 | |
| 13 | Starbuzz Tobacco, Inc. v. PHD Marketing, Inc. et al | cacdce | 8:2014-cv-00487 | 840 | 03/31/2014 | |
| 14 | Starbuzz Tobacco, Inc. v. PHD Marketing, Inc. et al | cacdce | 8:2014-cv-00586 | 840 | 04/14/2014 | |
| 15 | Starbuzz Tobacco, Inc. v. Rami K. Abdallah et al | cacdce | 2:2010-cv-03833 | 840 | 05/20/2010 | 02/22/2012 |
| 16 | Starbuzz Tobacco, Inc. v. Saeed | candce | 3:2013-cv-03837 | 840 | 08/19/2013 | |
| 17 | Starbuzz Tobacco, Inc. v. Wisam Namou | casdce | 3:2013-cv-01539 | 820 | 07/02/2013 | |
| 18 | STARBUZZ TOBACCO, INC.v. Vaporizeme, Inc., et al | flsdce | 1:2014-cv-21326 | 840 | 04/14/2014 | |
| 19 | Starbuzz Tobacco, Incorporated v. Hammoud et al | miedce | 2:2008-cv-12211 | 840 | 05/20/2008 | 03/17/2009 |

Receipt 04/17/2014 14:24:26 136493804
User mi0727 P
Client COOL MIST
Description Civil Case Search
Case Title STARBUZZ TOBACCO All Courts Page: 1
Pages 1 ($0.10)