UNITED STATES DISTRICT COURT, DISTRICT OF NEW JERSEY

| | |
|---|---|
| **Trident Group, LLC** <br><br> Plaintiff/Petitioner <br><br> vs. <br><br> **Starbuzz Tobacco, Inc.** <br><br> Defendant/Respondent | Hearing Date: <br><br> CASE NO: <br> **2:14-CV-02515-KM-MAH** <br><br> AFFIDAVIT OF SERVICE OF: <br> **SUMMONS; COMPLAINT** |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, has the authority to serve pleadings in the State named below, and is competent to be a witness therein.

On the **29th day of July, 2014**, at **11:33 AM**, at the address of **10871 FORBES Avenue, GARDEN GROVE**, within the County of **Orange**, State of **California 92843**; this affiant served the above described documents upon **Starbuzz Tobacco, Inc.** by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **Jane Doe, RECEPTIONIST , EMPLOYEE, who tried to refuse service, an Hispanic female approx. 18-25 years of age, 5'-5'4" tall, weighing 80-120 lbs with black hair..**

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

I, **Cristobal Mendez**, hereby state under penalty of perjury under the laws of the State of New Jersey that at the time of service, I was a competent adult, over the age of 18, and did not have a direct interest in the litigation. I declare that the above is true and correct.

DATED this _30_ day of _July_, 20_14_.

_[signature]_

**Cristobal Mendez, Reg. # PSC#2717, ORANGE, CA**
ABC Legal Services, Inc., 201 South Figueroa Street, Suite 100, Los Angeles, CA 90012

State of California
County of _Orange_
Subscribed and sworn to (or affirmed) before me on this _30_ day of _July_, 20_14_, by _Cristobal Mendez_;
proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

MARIO ALVAREZ
Comm. #1910512
Notary Public · California
Los Angeles County
Comm. Expires Nov 23, 2014

(Seal)

Signature _Mario Alvarez_

FOR: **Inger & Gelber, LLC**
REF: **Trident/Starbuzz**

ORIGINAL AFFIDAVIT OF SERVICE

Tracking #: **10170068** SEA FIL